IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUFUS TERRY MCDOUGALD, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:20-CV-240-WHA-SRW |
| STATMED FAMILY MEDICAL CLINIC, et al., | ) |
| Defendants. | ) |

**ORDER**

On April 27, 2020, the Magistrate Judge entered a Recommendation (Doc. #3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for leave to proceed *in forma pauperis* filed by the plaintiff (Doc. 2) is DENIED.

3. This case is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(g) for the plaintiff's failure to pay the full filing fee upon initiation of this case.

A separate Final Judgment will be entered.

DONE this 20th day of May, 2020.

　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE